IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | | |
|---|---|---|
| **SM Consulting, Inc.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07cv353 |
| | ) | |
| | ) | |
| **James M.S. Brady,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

O R D E R

It is hereby ORDERED that the hearing on ASET International Services Corp.'s Motion for Protective Order (docket no. 95) and Motion to Intervene (docket no. 93) in this matter originally scheduled for November 2, 2007 at 10:00 a.m. is continued from November 6, 2007 at 2:00 p.m. to November 16, 2007 at 10:00 a.m.

Entered this 1st day of November, 2007.

_____
/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

Alexandria, Virginia