IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia

| | |
|---|---|
| **SM Consulting, Inc.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv353 |
| ) | |
| ) | |
| **James M.S. Brady,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

O R D E R

Based on the representations of counsel, it is hereby ORDERED that ASET International Services Corp.'s Motion to Intervene (docket no. 93) and Motion for Protective Order (docket no. 95) are withdrawn without prejudice.

Entered this 8th day of November, 2007.

                                                                       /s/
                                        Thomas Rawles Jones, Jr.
                                        United States Magistrate Judge

Alexandria, Virginia